IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN RIDRIGUEZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-5440** |
| | : | |
| **MOSHE ATTAS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of September, 2022, it is **ORDERED** that:

1. Plaintiff's Amended Complaint is **DISMISSED** for lack of subject matter jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**